### 14357.  MOREE *v.* THE STATE.

BROYLES, C. J. It affirmatively appearing from the bill of exceptions that the motion for a new trial was overruled on January 26, 1923, and that the bill of exceptions was not tendered to the judge until February 20, 1923, this court has no jurisdiction of the case.
*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*
DECIDED MAY 15, 1923.

Indictment for violating liquor law; from Colquitt superior court — Judge W. E. Thomas. January 26, 1923.

*Ragan & Lewis,* for plaintiff in error.

*Clifford E. Hay, solicitor-general,* contra.

---

### 14364.  FOGG *v.* THE STATE.

BLOODWORTH, J. The record in this case shows that the motion for a new trial is based upon the general grounds only; the evidence authorized the verdict; no error of law appears, and the judgment is
*Affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED MAY 15, 1923.

Indictment for burglary; from Munroe superior court — Judge Searcy. February 6, 1923.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*E. M. Owen, solicitor-general, Ogden Persons,* contra.